# 343

**No. 39022.**—Protests 689072–G, etc., of I. W. Rice Co. (New York).

Opinion by Dallinger, J.   In accordance with stipulation of counsel certain frames, trays, jars, boxes, containers, atomizers, sprays, and mounted glass bottles chiefly used in the kitchen or household or on the table for utilitarian purposes, or hollow ware, were held dutiable at 40 percent under paragraph 339 as claimed.

**No. 39023.**—Protests 660422–G, etc., of Dritz Traum Co. (New York).

Opinion by Dallinger, J.   In accordance with stipulation of counsel the bottles and powder jars in question were held dutiable as household utensils at 40 percent under paragraph 339.

**No. 39024.**—Protests 497843–G, etc., of A. A. Vantine & Co., Inc. (New York).

Opinion by Dallinger, J.   It was stipulated that the merchandise consists of incense burners chiefly used in the household for utilitarian purposes.   The claim as household utensils at 40 percent under paragraph 339 was sustained on the authority of *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445), and *Dow* v. *United States* (id. 282, T. D. 46816).

**No. 39025.**—Protests 389619–G, etc., of Ferdinand Bing & Co.'s Successors (New York).

Opinion by Dallinger, J.   It was stipulated that the merchandise consists of lamps, bookends, boxes, vases, bottles, sugars, inkstands, coupes, trays, atomizers, plates, photo frames, salts, gueridons, baskets, tantalus sets, liquor sets and glasses chiefly used on the table, in the kitchen, or in the household for utilitarian purposes, or hollow ware.   The claim at 40 percent under paragraph 339 was sustained on the authority of *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445), *Dow* v. *United States* (id. 282, T. D. 46816), and *Rice* v. *United States* (T. D. 49373).

**No. 39026.**—Protests 265198–G, etc., of Kresge Dept. Store et al. (New York).

Opinion by Dallinger, J.   On the agreed facts atomizers, jars, match boxes, nut bowls, pepper bottles, salt caps, and vases were held dutiable at 40 percent under paragraph 399, Tariff Act of 1922.   Bookends were held dutiable at 40 percent under paragraph 339, Tariff Act of 1930.